**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA QUINN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE PARSONS GROUP, INC. a California Corporation, THE HOUSING AUTHORITY OF THE CITY OF SANTA BARBARA, A Municipal Corporation,<br><br><br>　　　　Defendants. | Case No.: CV 20-2300-DMG (JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [37]** |

Having reviewed the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.

2. The parties shall bear their own attorney's fees and costs.

3. All scheduled dates and deadlines are VACATED.

DATED:  September 9, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE